*E-Filed 9/2/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE WILLIE WEAVER,

Plaintiff.

No. C 14-3327 RS (PR)
No. C 14-3439 RS (PR)
No. C 14-3440 RS (PR)

**ORDER OF DISMISSAL;**

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

These are civil rights actions filed pursuant to 42 U.S.C. § 1983 by a state prisoner proceeding pro se. In each action, plaintiff claims that he has not received his shaving razors on some days. It is clear that such claims are frivolous and that relief could not be granted under any set of facts that could be proved consistent with the allegations. *Hishon v. King & Spaulding*, 467 U.S. 69, 73 (1984). The claims are DISMISSED with prejudice. Plaintiff's applications for leave to proceed *in forma pauperis* (Docket No. 3) are DENIED because each action is frivolous. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). For each action, the Clerk shall terminate Docket No. 3, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: September 2, 2014

RICHARD SEEBORG
United States District Judge